# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN REDMAN,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:14-cv-00518-RCJ-WGC

**ORDER**

    In response to the court's order (#3) that petitioner either pay the filing fee or submit an application to proceed in forma pauperis, petitioner did both. Petitioner also has submitted a motion to show cause (#6) regarding the financial certificate of his inmate account. The motion is moot because the court has the information that it needs.

    Petitioner also has submitted a motion for a status check (#9). This motion is mooted by this order.

    Petitioner has submitted a motion for appointment of counsel Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B).

    IT IS THEREFORE ORDERED that the motion to show cause (#6) is **DENIED** as moot.

    IT IS FURTHER ORDERED that the application to proceed in forma pauperis (#7) is **GRANTED**. Petitioner need not pay any more filing fees.

    IT IS FURTHER ORDERED that the motion for a status check (#9) is **DENIED** as moot.

IT IS FURTHER ORDERED that the clerk of the court file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the motion for appointment of counsel.

IT IS FURTHER ORDERED that the motion for appointment of counsel is **GRANTED**. The Federal Public Defender is provisionally appointed to represent petitioner.

IT IS FURTHER ORDERED that the Federal Public Defender shall have thirty (30) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings.  If the Federal Public Defender does undertake representation of petitioner, he shall then have sixty (60) days to file an amended petition for a writ of habeas corpus.  If the Federal Public Defender is unable to represent petitioner, then the court shall appoint alternate counsel.

IT IS FURTHER ORDERED that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims.

IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

IT IS FURTHER ORDERED that the clerk shall electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of this order.

IT IS FURTHER ORDERED that respondents' counsel shall enter a notice of appearance within twenty (20) days of entry of this order, but no further response shall be required from respondents until further order of the court.

///
///
///
///
///
///

1      IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a
2  separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments
3  that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits
4  in the attachment.  The hard copy of any additional state court record exhibits shall be
5  forwarded—for this case—to the staff attorneys in Las Vegas.
6      Dated:   June 2, 2015

                                                               ROBERT C. JONES
                                                               United States District Judge