# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN REDMAN,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:14-cv-00518-RCJ-WGC

**ORDER**

    Petitioner having filed a motion to voluntarily dismiss petition for writ of habeas corpus (#21), and good cause appearing;

    IT IS THEREFORE ORDERED that this action is **DISMISSED** at petitioner's request. The clerk of the court shall enter judgment accordingly.

    DATED: This 12th day of April, 2016.

                                                                _____
                                                                ROBERT C. JONES
                                                                United States District Judge